1
2
3
4
5
6
7

# JS-6

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

## SOUTHERN DIVISION

11

12

13

14

15

16

17

18

19

20

21

22

| | |
|---|---|
| **AMERICAN GENERAL LIFE INSURANCE COMPANY,**<br><br>**Plaintiff,**<br>**v.**<br><br>**ROLANDO C. POSADAS, SHIRLEY E. POSADAS, JORGE POSADAS, FABIAN POSADAS, BERNARDO POSADAS, JR., and FRANKLIN POSADAS,**<br><br>**Defendants- in-Interpleader.** | **Case No.: SACV 22-01168-CJC (ADSx)**<br><br><br>**JUDGMENT** |

23

24

25

26

27

28

        This interpleader action presents a dispute over the rightful beneficiary of decedent Zenaida Posadas' ("Decedent") life insurance policy proceeds with American General Life Insurance Company ("AGL").  (Dkt. 1 [Complaint].)  On one side is Rolando C. Posadas ("Cross-Claimant") and on the other side are Shirley E. Posadas, Jorge Posadas, Fabian Posadas, Bernardo Posadas, Jr., and Franklin Posadas ("Cross-Defendants").

1    Cross-Claimant's motion for summary judgment came for consideration before this

2 Court.  Having considered the evidence and arguments presented, the Court hereby

3 **ORDERS** that:

4

5    1. Cross-Claimant Rolando C. Posadas' motion for summary judgment is

6       **GRANTED**.

7    2. Cross-Claimant is entitled to 100% of the proceeds of Decedent's AGL life

8       insurance policy.

9    3. Cross-Defendants are not entitled to any of the proceeds of Decedent's AGL

10      life insurance policy.

11   4. Judgment is hereby entered in favor of Cross-Claimant and against Cross-

12      Defendants.

13

14   DATED:     March 29, 2023

15   _____

16                   CORMAC J. CARNEY

17             UNITED STATES DISTRICT JUDGE